UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. 4:18-cv-02965-HSG<br><br>**ORDER RE STIPULATION TO DISMISS OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC LONG TERM DISABILITY PLAN**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: May 18, 2018 |

IT IS HEREBY ORDERED that Defendant Ogletree, Deakins, Nash, Smoak & Stewart, P.C. Long Term Disability Plan be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss and the dismissal of the Ogletree, Deakins, Nash, Smoak & Stewart, P.C. Long Term Disability Plan. Sun Life Assurance Company of Canada shall remain the only named defendant in this action.

**IT IS SO ORDERED.**

Dated: June 21, 2018

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

164626.1