# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 4:18-cv-02965-HSG |
| Plaintiff, | **ORDER UPON REQUEST FOR COUNSEL FOR DEFENDANT SUN LIFE ASSURANCE COMPANY OF CANADA TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA; OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. LONG TERM DISABILITY PLAN, | |
| Defendants. | Date: August 21, 2018<br>Time: 2:00 p.m.<br>Location: Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court having reviewed the Request to Appear Telephonically at the Case Management Conference by Counsel for Defendant SUN LIFE ASSURANCE COMPANY OF CANADA, Linda M. Lawson, finds good cause exists to enter an order approving the request to appear telephonically at the Case Management Conference, which is set for August 21, 2018 at 2:00 p.m. in Courtroom 2, 4th Floor, before the Honorable Haywood S. Gilliam, Jr. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: August 15, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge