UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>    Defendant. | Case No. 18-cv-02965-HSG<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR ADMINISTRATIVE RELIEF TO PROCEED UNDER PSEUDONYM**<br><br>Re: Dkt. No. 3 |

The Court **GRANTS** Plaintiff's ex parte motion to proceed under a pseudonym. *See* Dkt. No. 3. Defendant has not opposed Plaintiff proceeding anonymously.

Generally, Federal Rule of Civil Procedure 10(a) requires the title of the complaint to "name all the parties," but "a party may preserve his or her anonymity in judicial proceedings in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). Use of a pseudonym may be appropriate "[w]here it is necessary . . . to protect a person from harassment, injury, ridicule or personal embarrassment." *United States v. Doe*, 655 F.2d 920, 922 n.1 (9th Cir. 1980). One such instance is "when anonymity is necessary to preserve privacy in a matter of sensitive and highly personal nature." *Does I thru XXIII*, 214 F.3d at 1068 (internal quotation omitted).

This dispute involves sensitive and personal medical records and diagnoses, which may cause Plaintiff injury or embarrassment if released. *See* Complaint ¶¶ 20–24. Allowing Plaintiff to proceed under a pseudonym will result in no prejudice to Defendant, because it has knowledge of her identity and access to the sealed administrative record. And Plaintiff's need for anonymity outweighs the public's interest in knowing her identity, because there is no reason that the public

needs to connect Plaintiff's name to the underlying record or the Court's decisions, and anonymity will likely result in fewer documents being sealed from public view.

The Court **GRANTS** Plaintiff's motion to proceed under a pseudonym.

**IT IS SO ORDERED.**

Dated: 3/11/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge