# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 4:18-cv-02965-HSG |
| Plaintiff, | **ORDER GRANTING STIPULATION TO CONTINUE BENCH TRIAL TO MAY 1, 2019** |
| vs. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA; OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. LONG TERM DISABILITY PLAN, | Judge: Hon. Haywood S. Gilliam, Jr. |
| | Complaint Filed: May 18, 2018 |
| Defendants. | |

Having read the parties' Stipulation to continue the bench trial from April 3, 2019 to May 1, 2019, it is hereby ORDERED that for good cause shown, the bench trial currently scheduled for April 3, 2019 is continued to May 1, 2019 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: March 28, 2019

*Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

Doe v. Sun Life.Proposed Order to Cont Bench Trial

1

Case No. 4:18-cv-02965-HSG
ORDER GRANTING STIPULATION TO
CONTINUE BENCH TRIAL