UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

           Plaintiff,

   v.

SUN LIFE ASSURANCE COMPANY OF CANADA,

          Defendant.

Case No. 18-cv-02965-HSG

**ORDER GRANTING ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**

Re: Dkt. No. 43

Pending before the Court is Plaintiff Jane Doe's administrative motion to remove an incorrectly filed document, Dkt. No. 40, which contains references to her actual last name. *See* Dkt. No. 43. Defendant does not oppose Plaintiff's motion. *See* Dkt. No. 43 at 2. Plaintiff has since filed an amended motion which replaces her name with the pseudonym Jane Doe. *See* Dkt. No. 42. Since Plaintiff filed her amended motion, the Court granted her request to proceed under a pseudonym in this case. *See* Dkt. No. 44. Because Defendant does not object and the Court has approved the use of a pseudonym, the Court **GRANTS** Plaintiff's administrative motion to remove the inadvertently filed motion from the docket. The Clerk shall remove Dkt. No. 40 from the Court's docket.

     **IT IS SO ORDERED.**

Dated: 4/25/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge