LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

169797.1

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 4:18-cv-02965-HSG |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA; OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. LONG TERM DISABILITY PLAN, | Judge: Hon. Haywood S. Gilliam, Jr.<br>Complaint Filed: May 18, 2018 |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 4:18-cv-02965-HSG is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: May 29, 2019

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge